**SABRINA P. SHROFF**                                                                                            233 BROADWAY
ATTORNEY AT LAW                                                                 NEW YORK, NEW YORK 10007
                                                                                               TELEPHONE: (646) 763-1490

May 7, 2020

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2020
```

Honorable Mary Kay Vyskocil
United States District Judge for the
 Southern District of New York
500 Pearl Street, Courtroom 18-C
New York, NY 10007-1312

    **Re:**     <u>United States v. Ozuna 20 cr 213 (MKV)</u>
                **(Request to Modify Bail Conditions)**

Dear Judge Vyskocil:

         With the consent of the government, I write to respectfully request that the Court modify one of Mr. Oleaga's bail conditions.

         The current bail conditions require Mr. Oleaga to have three financially responsible co-signers execute a bond. He respectfully requests that the Court modify that condition to require two (2) financially responsible co-signers. All other conditions would remain the same.

         Mr. Oleaga already has two co-signers that the government has approved.

         I thank the Court for its continued attention to this matter.

                                                         Respectfully submitted,

                                                         /s/ Sabrina P. Shroff

cc: All Counsel

Mr. Oleaga's bail conditions are modified to require two financially responsible co-signers.
SO ORDERED:

_/s/ Mary Kay Vyskocil_                         Dated: May 8, 2020
Mary Kay Vyskocil, U.S.D.J.                             New York, NY