```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   20 Cr. 213-5 (MKV)
     -against-                       :   ORDER
                                     :
Erick Oleaga                         :
     a/k/a "ED"                      :
          Defendant                  :
                                     :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2020

The Honorable Mary Kay Vyskocil, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the condition of mental health evaluation/treatment as directed by Pretrial Services.

    Dated: New York, New York
           June 4, 2020

                              SO ORDERED:

                              _____
                              Mary Kay Vyskocil
                              United States District Judge