```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ERICK OLEAGA a/k/a "ED",

Defendant.

1:20-cr-213 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court has received a Memorandum from the Pretrial Services Office of the Southern District of New York which describes Defendant's recent non-compliance with pretrial supervision. The Court will hold a Bail Review Hearing on July 7, 2020 at 11:00AM. The hearing will be held via video conference. The Government, Defendant, and the Pretrial Services Office will receive a link to the proceeding via email. If a link is not received before Monday, July 6, 2020, that party should email the Court at [VyskocilNYSDChambers@nysd.uscourts.gov](mailto:VyskocilNYSDChambers@nysd.uscourts.gov).

The public may access the proceeding telephonically by dialing 917-933-2166 and entering code 518792961.

**SO ORDERED.**

**Date:  June 30, 2020**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**