USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ERICK OLEAGA,

Defendant.

1:20-cr-00213 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Bail Review Hearing for Defendant Oleaga previously scheduled for August 5, 2020 is adjourned to August 12, 2020 at 11:00AM. The Court will provide a video conference link to the Parties in advance of the conference. The Court will also post a public dial-in number on the docket. The Government and counsel for Defendant Oleaga are directed to submit letter responses to the supplemental Pretrial Services Status Memorandum received on August 5, 2020. The responses should be submitted by email to VyskocilNYSDChambers@nysd.uscourts.gov along with any request to seal the information. Responses must be received by 11:00AM on August 10, 2020.

**SO ORDERED.**

**Date: August 5, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**