```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

ERICK OLEAGA,

      Defendant.

1:20-cr-00213 (MKV)

**ORDER REVOKING BAIL**

MARY KAY VYSKOCIL, United States District Judge:

    For the reasons discussed on the record at the August 12, 2020 Bail Review Hearing, pursuant to 18 U.S.C. § 3148, it is hereby ORDERED that Defendant Erick Oleaga's bail is revoked. The court finds that there is clear and convincing evidence that Defendant has violated the conditions of his release and that the record establishes by a preponderance of the evidence that he is unlikely to abide by any condition or combination of conditions of release.

    Therefore, it is further ORDERED that Defendant Erick Oleaga is remanded to the custody of the United States Marshal. The Defendant should appear at the Office of Pretrial Services at 500 Pearl Street, Room 550, New York, New York, before 12:00PM on August 14, 2020.

    IT IS FURTHER ORDERED that while detained, Defendant regularly should meet with a mental health counselor or psychologist.

**SO ORDERED.**

**Date: August 12, 2020**
**New York, NY**

                              _____
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**