```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED:___8/5/21_____        │
└─────────────────────────────────┘
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                     1:20-cr-00213 (MKV)

                          -against-                     **ORDER**

 ERICK OLEAGA,

                          Defendant.

_____

MARY KAY VYSKOCIL, United States District Judge


Change of Plea Hearing for Erick Oleaga is scheduled for 8/13/2021 at 9:00 AM before Judge Mary Kay Vyskocil.

The proceeding will be held by video conference. Links have been sent to all participants. Interested parties may join by dialing 917 933-2166 using ID 133 330 47.


**SO ORDERED.**

**Date: August 5, 2021**

                              MARY KAY VYSKOCIL
                              United States District Judge