UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Erick Oleaga          ,
                Defendant(s).
-------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

20 -CR- 213 (MKV)(__)

Defendant __Erick Oleaga_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

 X  Felony ~~Misdemeanor~~ Plea/Trial/Sentence

/s/Erick Oleaga  by his counsel
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Erick Oleaga_____
_____
Print Defendant's Name

Sabrina P. Shroff
_____
Defense Counsel's Signature

__Sabrina P. Shroff_____
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__8/13/21_____
Date

*Mary Kay Vyskocil*
_____
U.S. District Judge/U.S. Magistrate Judge