```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                            :          ORDER
                                                  20-cr-213 (MKV)
ERICK OLEAGA,                      :

        Defendant.                 :

- - - - - - - - - - - - - - - - x

MARY KAY VYSKOCIL, U.S.D.J.

WHEREAS ERICK OLEAGA has indicated his intent to enter a plea of guilty in this matter;

WHEREAS the ongoing COVID-19 pandemic necessitates that the change-of-plea hearing in this case take place remotely;

WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Laura Taylor Swain of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS that, for the reasons set forth in the parties' joint application dated August 10, 2021, the change-of-plea hearing in this case cannot be further delayed

without serious harm to the interests of justice.

Dated:   New York, New York
         August 13, 2021

SO ORDERED:

_____
HONORABLE MARY KAY VYSKOCIL
United States District Judge
Southern District of New York