UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/7/22
```

UNITED STATES OF AMERICA,

     -against-

ERICK OLEAGA

     Defendants.

1:20-cr-0213-5 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

  IT IS HEREBY ORDERED the sentencing scheduled for February 16th at 2 pm is ADJOURNED to April 8th at 11:00am.

  The proceeding will take place in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, 10007.

**SO ORDERED.**

**Date: February 7, 2022**

                _/s/ Mary Kay Vyskocil_
                MARY KAY VYSKOCIL
                United States District Judge