```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :
                                           :
            -v-                            :      20-cr-213-5(MKV)
                                           :
ERICK OLEAGA,                              :
                        Defendant.         :           ORDER
                                           :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/22

Mary Kay Vyskocil, United States District Judge:

At the request of counsel for the defendant and with the consent of the Government, it is hereby

ORDERED that the sentencing scheduled for April 8th is adjourned to June 8th 2022 at 11am.

The proceeding will take place in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY

IT IS FURTHER ORDERED that defense submissions shall be due May 26th 2022 and the Government's response shall be due June 1st 2022.

The Clerk of Court is respectfully directed to close the motion at ECF# 264.

SO ORDERED:

Dated:   New York, New York
         **March 29, 2022**

_____
Mary Kay Vyskocil
United States District Judge