UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2022

UNITED STATES OF AMERICA,

            -against-

ERICK OLEAGA,

                     Defendant.

1:20-cr-213 (MKV)

**ORDER ADJOURNING SENTENCING**

MARY KAY VYSKOCIL, United States District Judge:

    On August 13, 2021, Defendant Erick Oleaga plead guilty pursuant to an agreement with the Government to a lesser-included offense of Count Four of the Indictment in this case. At the plea hearing, the Court reminded counsel that the defense sentencing submission is due two weeks in advance of the sentencing hearing, and the government's submission is due one week in advance. [ECF No. 227 at 50:9-14]. The Court then set a sentencing date for December 14, 2021. *Id.*

    On December 1, 2021, Ms. Sabrina Shroff Esq. filed a letter seeking a sixty-day continuance of the sentencing date to "gather the mitigation information for Mr. Oleaga." [ECF No. 234]. The Court then adjourned the sentencing hearing to February 16, 2022. [ECF No. 235]. Due to an unavoidable conflict with the Court's calendar, the Court then further adjourned the hearing to April 8, 2022. [ECF No. 255]. On March 26, 2022, Ms. Shroff filed a letter seeking a sixty-day continuance of the sentencing date "to gather family letter[s] and other [relevant] information." [ECF No. 264]. The Court then rescheduled the sentencing hearing for June 8, 2022. To date, the Court has not received any submission from defense counsel.

    The Court is compelled to admonish counsel that compliance with the Court's Orders and Individual Rules is not discretionary. The Court hereby adjourns the sentencing hearing

1

currently scheduled for June 1, 2022. The Parties are directed to appear for a sentencing hearing on July 6, 2022 at 10:00am.

**Counsel is on notice that failure to comply with Court Orders may result in sanctions.**

SO ORDERED.

Date:   May 31, 2022
        New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge