USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ERICK OLEAGA,

Defendant.

1:20-cr-00213 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' joint status letter filed on October 26, 2026, [ECF No. 345], pertaining to Defendant's alleged violations of supervised release ("VOSR"), as detailed in the Second Amended Violation Report authored by the Probation Department, dated October 19, 2026. Defense counsel requests a date after January 21, 2027 for a VOSR hearing, due to several pending state court matters concerning the alleged conduct also underlying the VOSR Specifications. *See id.* Counsel further advises that Defendant is currently incarcerated and adjourning the VOSR proceeding until after state court matters are resolved may conserve judicial and government resources.

Accordingly, it is HEREBY ORDERED that the parties shall appear for a VOSR conference on February 8, 2027 at 2:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. The Court will arraign Defendant on the three additional Specifications in the Second Amended Violation Report at that time.

It is FURTHER ORDERED that on or before January 29, 2027, the parties shall file a joint status letter on the docket describing: the status of the related state court proceedings; which Specifications, if any, the Government intends to pursue; whether Defendant intends to admit to any Specifications; and any other matters that may be pertinent to the February 8 hearing.

**SO ORDERED.**

**Date: October 28, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge